# First District Court of Appeal
## State of Florida

_____

No. 1D18-4364
_____

RAHIM RASHID ALLAH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

June 19, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and WINOKUR and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Rahim Rashid Allah, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.